**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TROY J. BRIGHAM,

    Plaintiff,

vs.                              Civil Action No. 12-cv-0364

THE STATE OF MICHIGAN, CITY        Hon. _____
OF MUSKEGON, COUNTY OF            United States District Judge
MUSKEGON, PEOPLE OF THE
STATE OF MICHIGAN, HON.
TIMOTHY G. HICKS, DALE
J. HILSON, DAVID B. KORTERING,
RONALD D. AMBROSE, AND
SUSAN K. PATELSKI,

    Defendants.
_____/

| | |
|---|---|
| Mr. Troy J. Brigham | Theodore N. Williams, Jr. (P32291) |
| *In propria persona* | Eric C. Grimm (P58990) |
| Carson City Correctional Facility (#232668) | WILLIAMS \| HUGHES, PLLC |
| 10274 Boyer Road | Attorneys for County of Muskegon, |
| Carson City, MI 48811 | Hon. Timothy G. Hicks, Dale J. |
| | Hilson, and Susan K. Patelski |
| | 120 West Apple Avenue |
| | P.O. Box 599 |
| | Muskegon, MI 49443-0599 |
| | Tel: 231.726.4857 |
| | Email: |
| | tedwillliams@williamshugheslaw.com |

_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                                 ) ss.
COUNTY OF MUSKEGON  )

      Theodore N. Williams, Jr., being first duly sworn, deposes and says that he is not an interested party in the above entitled matter and that he served Notice of Filing of Notice of Removal and Notice of Removal by Defendants County of Muskegon, Honorable Timothy G. Hicks, Dale J. Hilson and Susan K. Patelski upon the following:

Clerk
Muskegon County Circuit Court
990 Terrace Street
Muskegon, MI 49442

Mr. Troy Jason Brigham (#23266)
Carson City Correctional Facility
10274 Boyer Road, Carson City, MI 48811

State of Michigan
Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa
P.O. Box 30212
Lansing, MI 48909

City of Muskegon
Attn:  City Manager
933 Terrace Street
P.O. Box 536
Muskegon, MI 49443

Mr. Ronald D. Ambrose
16818 Farmington Road
Livonia, MI 48154

Mr. David B. Kortering
8 W. Walton Avenue, Suite C
Muskegon, MI 49440

by placing the same in properly addressed envelopes to their addresses and depositing the same in the United States mail, first class postage fully pre-paid this 13th day of April, 2012.

/s/Theodore N. Williams, Jr.
Theodore N. Williams, Jr.

Subscribed and sworn to before me this
13th day of April, 2012.

/s/Mary Beth Gray
Notary Public, State of Michigan
County of Muskegon
My Commission Expires:  5/15/12
Acting in the County of Muskegon